ADOLPH FOLKMAN, appellant,

*v.*

CHARLES R. MYERS et al., respondents.

[Decided September 30th, 1921.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, who filed the following opinion:

"I am convinced that in the circumstances here present it would not be in harmony with the recognized rules to allow costs to be taxed by either party against the other. While the statute makes costs in the circumstances here existing discretionary, that discretion appears to be almost, if not quite, uniformally exercised by a denial of costs when each party has succeeded in part in substantial issues. And the denial of taxed costs necessarily includes the denial of any allowance as counsel fee. *Diocese of Trenton* v. *Tolman* (*New Jersey Chancery*), *70 Atl. Rep. 881; S. C., 74 N. J. Eq. 702.* See, also, *Farmer* v. *Ward, 75 N. J. Eq. 33, 38; Fielder* v. *Beekman* (*New Jersey Chancery*), *54 Atl. Rep. 156.*

"I am unable to conclude that this case can be properly distinguished in principle on the question of costs from the many cases in which costs are denied. Complainant was fully justified in including in his bill to quiet title all the territory which was included, and defendant was equally privileged to defend as to all the territory so covered; but complainant was no more obliged to include the territory which defendant successfully defended than defendant was obliged to disclaim the territory which he did not successfully defend, since both unsuccessful claims were, in my judgment, substantial issues and made in good faith. To award complainant costs upon the theory that he more nearly succeeded as to the territory which defendant successfully defended than did defendant as to the territory which he unsuccessfully defended would be obviously impracticable and wholly improper.

"I have this day and under this date advised the decree as prepared by complainant after eliminating the clause relating to costs and counsel fee and substituting therefor the following clause: 'No costs to be taxed by either party against the other.'"

*Mr. Clarence L. Cole,* for the appellant.

*Messrs. Bourgeois & Coulomb,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For reversal*—None.